Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:	619/758-1891
Fax:	619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IRIS STEWART, | Case No.  09-CV-02345-MCE-EFB |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly request that

///

///

///

///

Notice of Settlement

1

all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 2, 2009, for filing dispositional documents.

Dated: 10/2/09                    KROHN & MOSS, LTD.

                                                /s/Ryan Lee  
                                                Ryan Lee  
                                                Attorney for Plaintiff  
                                                Iris Stewart

Dated: 10/2/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                                /s/ Albert R. Limberg  
                                                Albert R. Limberg  
                                                Attorney for Defendant  
                                                NCO Financial Systems, Inc.